# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3692
_____

ANDREW MITCHELL,

   Appellant,

   v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

   Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

January 7, 2019

PER CURIAM.

   DISMISSED.

WETHERELL, OSTERHAUS, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andrew Mitchell, pro se, Appellant.

Rana Wallace, General Counsel, Florida Commission on Offender Review, Tallahassee, for Appellee.